UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Request for International Judicial Assistance from the National First Instance Court in Labor Matters No. 32 in Buenos Aires, Argentina in <u>Carlos Ernesto Martinangeli v. NEC Argentina S.A.</u>, Ref No. 3387/2017 | No. 18-MC-19<br><br>MOTION TO SEAL |

Comes now Ann M. Hoffman, Assistant United States Attorney, and moves the Court for an order sealing this matter on the ground and for the reason that the documents filed therein contain protected personal identifiers.

Dated this 2nd day of May, 2018.

RONALD A. PARSONS, JR.
United States Attorney

*/s/ Ann Hoffman*
Ann M. Hoffman
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2363
Facsimile: (605)330-4410
E-Mail: ann.hoffman@usdoj.gov