UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Request for International Judicial Assistance from the National First Instance Court in Labor Matters No. 32 in Buenos Aires, Argentina in <u>Carlos Ernesto Martinangeli v. NEC Argentina S.A.</u>, Ref No. 3387/2017 | No. 18-mc-19<br><br>NOTICE OF COMPLETION OF COMMISSION |

I, Ann M. Hoffman, Assistant United States Attorney for the District of South Dakota, having been appointed Commissioner by Order of this Court filed on May 9, 2018, for the purpose of taking evidence in accordance with the request of Argentina, notify the Court that I have completed the requirements of such appointment to the extent possible.

Dated this 28th day of June, 2018.

RONALD A. PARSONS, JR.
United States Attorney

*/s/ Ann Hoffman*

Ann M. Hoffman, Commissioner
Assistant United States Attorney for the
 District of South Dakota
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone:  (605)357-2363
Facsimile:  (605)330-4410
E-Mail:  ann.hoffman@usdoj.gov